ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Argo Turboserve Corporation | ) ASBCA No. 62735 |
| | ) |
| Under Contract No. N00104-18-C-BA10 | ) |

APPEARANCE FOR THE APPELLANT:     Mr. Dan Tenzer
                                                                President


APPEARANCES FOR THE GOVERNMENT:     Arthur M. Taylor, Esq.
                                                                         DCMA Chief Trial Attorney
                                                                     Michael T. Patterson, Esq.
                                                                         Trial Attorney
                                                                         Defense Contract Management Agency
                                                                         Chantilly, VA

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  August 24, 2022


_____
HEIDI L. OSTERHOUT
Administrative Judge
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62735, Appeal of Argo Turboserve Corporation, rendered in conformance with the Board's Charter.

Dated:  August 25, 2022


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals